IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00637-PSF-MEH

STASIA A. ROMERO,

    Plaintiff,

v.

DILLON COMPANIES d/b/a KING SOOPERS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2006.**

Pursuant to Fed. R. Civ. P 15(a), leave to amend is to be freely given when justice so requires. The deadline for amendment of pleadings in this case is July 7, 2006. Accordingly, Plaintiff's Unopposed Motion for Leave to Amend Complaint [Filed June 2, 2006; Docket #13] is **granted**. Plaintiff is directed to file an Amended Complaint in accordance with the relief sought in her Motion to Amend on or before June 16, 2006.