IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00637-PSF-MEH

STASIA A. ROMERO,

    Plaintiff,

v.

DILLON COMPANIES d/b/a KING SOOPERS, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2006.**

    Based upon the parties' agreement, and the entire record herein, Defendant's Unopposed Motion for Protective Order [<u>Filed August 28, 2006; Docket #27</u>] is **granted**. The Court will sign the Protective Order and enter it on the record.