IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00637-PSF-MEH

STASIA A. ROMERO,

    Plaintiff,

v.

DILLON COMPANIES d/b/a KING SOOPERS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 31) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED: September 21, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge